**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JERMAINE BLASSENGALE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 11-3006 |

O R D E R

AND NOW, this ___ day of November, 2011, having considered plaintiff's complaint and motion to proceed in forma pauperis, IT IS HEREBY ORDERED that:

1.  Leave to proceed in forma pauperis is GRANTED;

2.  Plaintiff's claims against all of the defendants, except U.S. Agent Janice Fedarcyke, F.B.I. Agent Brian Pacchioli, Mr. B. Korn and Officer Drexel Reid, Jr., are DISMISSED pursuant to 28 U.S.C. § 1915(e).

3.  The complaint is to be filed against the remaining defendants, the summonses are to issue, service of the summons and complaint is to be made upon the defendants by the U.S. Marshals Service.

4.  All original pleadings and other papers submitted for consideration to the Court in this case are to be filed with the Clerk of this Court. Copies of papers filed in this Court are to be served upon counsel for all other parties (or directly on any party acting pro se). Service may be by mail. Proof that service has been made is provided by a certificate of service. This certificate should be filed in the case along with the original papers and should show the day and manner of service. An example of a certificate of service by mail follows:

"I,    (name)    , do hereby certify

that a true and correct copy of the

foregoing (name of pleading or other

paper) has been served upon (name(s)

of person(s) served) by placing the same

in the U.S. Mail, properly addressed,

this (date) day of    (month)    , (year).

_____

(Signature)"

If any pleading or other paper submitted for filing does not
include a certificate of service upon the opposing party or
counsel for opposing party, it may be disregarded by the Court.

     5.   Any request for court action shall be set forth in a
motion, properly filed and served.  The parties shall file all
motions, including proof of service upon opposing parties, with
the Clerk of Court.  The Federal Rules of Civil Procedure and
local rules are to be followed.  Plaintiff is specifically
directed to comply with Local Civil Rule 7.1 and serve and file a
proper response to all motions within fourteen (14) days.
Failure to do so may result in dismissal of this action.

     6.   Plaintiff is specifically directed to comply with Local
Rule 26.1(f) which provides that "[n]o motion or other
application pursuant to the Federal Rules of Civil Procedure
governing discovery or pursuant to this rule shall be made unless
it contains a certification of counsel that the parties, after
reasonable effort, are unable to resolve the dispute."  Plaintiff

shall attempt to resolve any discovery disputes by contacting defendant's counsel directly by telephone or through correspondence.

7.    No direct communication is to take place with the District Judge or United States Magistrate Judge with regard to this case.  All relevant information and papers are to be directed to the Clerk of Court.

8.    In the event a summons is returned unexecuted, it is plaintiff's responsibility to ask the Clerk of the Court to issue an alias summons and to provide the Clerk of Court with the defendant's correct address, so that service can be made.

9.    The parties should notify the Clerk of Court's Office when there is an address change.  Failure to do so could result in court orders or other information not being timely delivered, which could affect the parties' legal rights.

**BY THE COURT:**

**THOMAS N. O'NEILL, JR., J.**