IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERMAINE BLASSENGALE | : | CIVIL ACTION |
| | : | NO.  11-3006 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

## ORDER

AND NOW this   19   day of September 2012, upon consideration of the unopposed Motion For Intervention Under Rule 24(a)(1) by nonparty Anthony Gaines, it is ORDERED that the Gaines motion is DENIED.

  /s/Thomas N. O'Neill, Jr  
THOMAS N. O'NEILL, JR., J.